IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TODD OSBORN; and CLARK LANG, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>    v.<br><br>B.A.S.S., LLC,<br><br>                     Defendant. | Case No. 1:22-cv-00520<br><br>Judge Hala Y. Jarbou |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Attorney Trisha M. Rich hereby requests leave to withdraw as counsel for Defendant B.A.S.S., LLC ("Defendant"), and support thereof states as follows:

1. On July 5, 2022, Trisha M. Rich of Holland & Knight LLP filed her appearance on behalf of Defendant;

2. On July 18, 2022, William F. Farley also of Holland & Knight LLP filed his appearance on behalf of Defendant and will remain as counsel of record.

3. Mr. Farley will be lead counsel on the matter going forward, and Ms. Rich will not be involved. Accordingly, Ms. Rich seeks leave to withdrawal as counsel. A proposed order is attached hereto as Exhibit A.

Dated: July 19, 2022        By:    /s/ Trisha M. Rich
                                                        Trisha M. Rich (P70710)
                                                        HOLLAND & KNIGHT LLP
                                                        150 North Riverside Plaza
                                                        Suite 2700
                                                        Chicago, IL  60606
                                                        312-263-3600
                                                        trisha.rich@hklaw.com

## CERTIFICATE OF SERVICE

    I, Trisha M. Rich, an attorney, hereby certify that on July 19, 2022, I served the foregoing *Motion for Leave to Withdraw as Counsel* on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

                                                /s/ Trish M. Rich (P70710)