IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TODD OSBORN; and CLARK LANG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> B.A.S.S., LLC, <br><br> Defendant. | Case No. 1:22-cv-00520 <br><br> Judge Hala Y. Jarbou |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Attorney William F. Farley hereby requests leave to withdraw as counsel for Defendant B.A.S.S., LLC ("Defendant"), and in support thereof states as follows:

1. On July 18, 2022, William F. Farley of Holland & Knight LLP filed his appearance on behalf of Defendant.

2. On July 21, 2022, Defendant engaged new litigation counsel to represent it in this matter. Michael George Latiff of the law firm of McDonald Hopkins LLC filed his appearance as lead counsel for Defendant on July 25, 2022.

3. Accordingly, Mr. Farley seeks leave to withdraw as counsel. A proposed order is attached hereto as Exhibit A.

Dated: July 26, 2022

/s/ William F. Farley
William F. Farley
Holland & Knight LLP
150 North Riverside Plaza
Suite 2700
Chicago, Illinois 60606
312-578-6698
William.Farley@hklaw.com

## CERTIFICATE OF SERVICE

I, William F. Farley, an attorney, hereby certify that on July 26, 2022 I served the foreging Motion for Leave to Withdraw as Counsel on all counsel of record by filing it electronically with the Clerk of Court using the CM/ECF filing system.

/s/ William F. Farley