UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD OSBORN, et al.,

    Plaintiffs,

v.

B.A.S.S., LLC,

    Defendant.
_____/

Case No. 1:22-cv-520

Hon. Hala Y. Jarbou

## **ORDER**

The Court held a status conference on the record, with all parties present, on August 4, 2022. Parties have since advised the Court that they have scheduled mediation for October 10, 2022. Accordingly, for the reasons stated on the record at the status conference,

**IT IS ORDERED** that that this matter is **STAYED** until **October 10, 2022**, and a status report is due to the Court no later than **October 12, 2022**. The deadline for Defendant to file an answer or other response to Plaintiff's Complaint is extended to **October 21, 2022**.

Dated: August 18, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE