UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TODD OSBORN and CLARK LANG, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

B.A.S.S., LLC,

    Defendant.

Case No. 22-cv-00520
Hon. Hala Y. Jarbou
Mag. Judge Ray S. Kent

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiffs Todd Osborn and Clark Lang ("Plaintiffs") and Defendant B.A.S.S., LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiffs' claims with prejudice. Accordingly, Plaintiffs hereby voluntarily dismiss their claims with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: February 6, 2023

*/s/ Philip L. Fraietta*

Joseph I. Marchese
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

E. Powell Miller (P39487)

Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for the Plaintiffs*

Dated: February 6, 2023

/s/ Christopher F. Allen
Christopher F. Allen (IL Bar #6298965)
(Admitted USDC-MIWD 7/28/2022)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
(312) 208-0111
callen@mcdonaldhopkins.com

Michael G. Latiff (P51263)
**MCDONALD HOPKINS LLC**
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
(248) 646-5070
mlatiff@mcdonaldhopkins.com

*Counsel for B.A.S.S., LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *Philip L. Fraietta*
Philip L. Fraietta (P85228)

*Attorney for Plaintiffs*