UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD OSBORN, et al.,

    Plaintiffs,　　　　　　　　　　Case No. 1:22–cv–520

v.　　　　　　　　　　　　　　　Hon. Hala Y. Jarbou

B.A.S.S., LLC,

    Defendant.
_____/

## ORDER

    The Court having reviewed the parties' stipulation for dismissal (ECF No. 40), **IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 40) is **GRANTED**; this action is **DISMISSED** with prejudice and with each party to bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated:  February 7, 2023　　　　　　　　　/s/ Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　　HALA Y. JARBOU
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge